PER CURIAM.
Affirmed. § 679.102(3), Fla.Stat. (1991); § 679.104(10), Fla.Stat. (1991); Perkins v. Scott, 554 So.2d 1220, 1222 (Fla. 2d DCA 1990); Kingsland v. Godbold, 456 So.2d 501, 502 (Fla. 5th DCA 1984); Abrams v. Paul, 453 So.2d 826, 827 (Fla. 1st DCA 1984); General Elec. Credit Corp. v. Air Flow Indus., Inc., 432 So.2d 607, 608 n. 5 (Fla. 3d DCA 1983); Richmond v. Stockton, Whatley, Davin & Co., 430 So.2d 571, 571 (Fla. 3d DCA 1983); Rafkind v. Beer, 426 So.2d 1097 (Fla. 3d DCA 1983); Rucker v. State Exch. Bank, 355 So.2d 171 (Fla. 1st DCA 1978).